UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM SINGER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP, INC. and HILTON WORLDWIDE, INC,<br><br>Defendants. | No. 3:15-cv-1090 (VAB)<br><br><br><br><br><br>SEPTEMBER 16, 2015 |

**PLAINTIFF'S REPLY MEMORANDUM CONCERNING
CLASS CERTIFICATION AND STAY**

Plaintiff hereby respectfully submits this memorandum in response to the memoranda filed by Defendants Priceline [ECF No. 20] ("Priceline Mem.") and Hilton [ECF No. 23] (joining and incorporating Priceline's memorandum) in opposition to Plaintiff's motion for class certification and stay [ECF No. 9] (the "Motion"). As discussed below, Plaintiff does not object to Defendants' request that Plaintiff's present Motion be denied "without prejudice," as the filing of the Motion has already accomplished Plaintiff's goal of preserving his class claim.

Specifically, and as Plaintiff stated in his Motion, Plaintiff made his Motion "solely for the purpose of avoiding any dispute over whether this case would become moot in the event Defendant files an offer of judgment pursuant to Fed. R. Civ. P. 68." Motion at 1; *see* Priceline Mem. at 4 (acknowledging Plaintiff's intent). Accordingly, Plaintiff plainly did not fully brief the class certification issue, but rather filed the Motion only to prevent any improper procedural maneuvering by Defendants.

The Motion has now served its purpose.  As Defendants' own authority explains, "[t]o the extent that class allegations are preserved from mootness" by filing an early motion for class certification, "they are no less preserved by an order denying that motion without prejudice to renewal before final judgment." *Physicians Healthsource, Inc. v. Purdue Pharma, L.P.,* No. 12-cv-1208(SRU), 2013 WL 4782378, at *2 (D. Conn. Sept. 6, 2013); *Carlin v. Davidson Fink LLP,* No. 13-cv-6062(JS)(GRB), 2014 WL 4826248, at *4-5 (E.D.N.Y. Sept. 23, 2014) (same).

Accordingly, Plaintiff does not oppose Defendants' present request "that the Court deny the Motion, ***without prejudice*** to Mr. Singer's ability to file a renewed motion" at the appropriate juncture.[1]  Priceline Mem. at 5 (emphasis added).  In conjunction with the parties' pending Rule 26(f) planning conference, the parties will discuss specific proposed dates for Plaintiff to move for class certification, for submission to the Court as part of the parties' joint planning report.

Respectfully submitted,

PLAINTIFF

\s\ Robert A. Izard
By: Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
Seth R. Klein (ct18121)
Nicole A. Veno (ct29373)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
(860) 493-6292

---

[1] Indeed, that is the procedure that this Court has followed in at least two recent class-action cases.  *See Richards v. Direct Energy,* No. 14-cv-01724(VAB), at [ECF No. 53] (after Rule 26(f) report and status conference with court, denying early notion for class certification filed for purposes of avoiding mootness from potential Rule 68 offer of judgment and setting schedule for filing of full briefs in due course); *Edwards v. North American Power & Gas LLC,* 14-cv-01714(VAB), at [ECF No. 33] (same).

                              Jeffrey D. Kaliel
                              TYCKO & ZAVAREEI LLP
                              2000 L Street NW
                              Suite 808
                              Washington, DC 20036
                              Tel: (202) 973-0900
                              Fax: (202) 973-0950

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/ Seth R. Klein
Seth R. Klein