UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Adam Singer

      v.                                      CASE NO.  3:15cv1090(VAB)

Priceline Group, Inc.

## J U D G M E N T

This cause came on before the Honorable Victor A. Bolden, United States District Judge, as a result of defendant's motion to dismiss.

The Court reviewed all papers in conjunction with the motion and entered and Order on July 22, 2016, granting the motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that this case is hereby dismissed in favor of defendant Priceline Group, Inc. and the case is closed.

Dated at Bridgeport, Connecticut this 10th of August, 2016.

                                                    ROBIN D. TABORA, Clerk

                                                    By /s/ Maria Corriette
                                                        Maria Corriette
                                                        Deputy Clerk

Entered on the Docket 8/10/16